UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10-cr-00053-LRH-RAM |
| Plaintiff, | ) | |
| vs. | ) | |
| MIGUEL ALCALA-VALADEZ, | ) | |
| Defendant. | ) | |

FILED ✓   ___ RECEIVED
ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is __A73 244 173__.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 1st day of July, 2010.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE